IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VETERAN MEDICAL PRODUCTS, INC., a Michigan corporation, TILLMAN INDUSTRIES, INC., a Michigan corporation, and JOSEPH SZYPERSKI, PATRICK EDDY, JOHN KOTWICK, MARK LONGCORE, and RYAN HEIDENFELD, individually, <br><br> Plaintiffs, <br><br> v. <br><br> BIONIX DEVELOPMENT CORPORATION and ANDREW J. MILLIGAN, <br><br> Defendants. | Civil No. 1:05-CV-0655 <br><br> Hon. Gordon J. Quist <br> U.S. District Judge |

**PLAINTIFFS' REPLY TO DEFENDANTS' COUNTERCLAIM**

39. Plaintiffs admit that United States Design Patent No. 423,669 was issued on April 25, 2000, and that a copy was attached to Defendants' Answer as Exhibit A. The remaining allegations of Paragraph 39 are denied.

40. Denied.

41. Denied.

42. Admitted that copies of literature are attached as Exhibit B and that printouts of one of the Plaintiffs' websites is attached as Exhibit C. The remaining allegations of Paragraph 42 are denied.

43. Denied.

44. Denied.

45. Denied.

2

46. Plaintiffs incorporate by reference their answers to Paragraphs 39-45.

47. Denied.

48. Denied.

49. Plaintiffs incorporate by reference their answers to Paragraphs 39-48.

50. Denied.

Respectfully submitted,

Dated:  November 3, 2006

/s/ Eugene J. Rath III
Steven L. Underwood
Eugene J. Rath III
Andrea G. Zydron
PRICE, HENEVELD, COOPER, DEWITT & LITTON, LLP
P.O. Box 2567
Grand Rapids, Michigan 49501-2567
616.949.9610
sunderwood@priceheneveld.com
erath@priceheneveld.com
azydron@priceheneveld.com
*Attorneys for Plaintiffs*