UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VETERAN MEDICAL PRODUCTS, INC.,
et al.,

       Plaintiffs,

                                                Case No. 1:05-cv-655

v.                                               Hon. Hugh W. Brenneman, Jr.

BIONIX DEVELOPMENT CORPORATION,
et al.,

       Defendants.
_____/

**ORDER**

        In accordance with the Opinion entered this date, plaintiffs' motion for summary judgment (docket no. 56) is **GRANTED** as to defendants' second and third counterclaims for misappropriation of the technical information for producing a plastic ear curette and **DENIED** in all other respects.

Dated:  March 13, 2008                            /s/ Hugh W. Brenneman, Jr.
                                                       HUGH W. BRENNEMAN, JR.
                                                       United States Magistrate Judge