**FILED - GR (HWB)**
April 18, 2008  4:00 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:  ddk  /

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VETERAN MEDICAL PRODUCTS, INC.,
TILLMAN INDUSTRIES, INC.,
JOSEPH SZYPERSKI, PATRICK EDDY,
and, RYAN HEIDENFELD,

        Plaintiffs,

                              Case No. 1:05-cv-655
v.                             Hon. Hugh W. Brenneman, Jr.

BIONIX DEVELOPMENT CORPORATION,
and, ANDREW J. MULLIGAN,

        Defendants.

_____/

## VERDICT FORM

We, the jury, unanimously find that:

Unfair Competition - Federal law

1.    Bionix Development Corporation ("Bionix") unfairly competed in the marketplace under Federal law against Veteran Medical Products, Inc. ("Veteran").
Yes ✓     No ___

2.    Bionix unfairly competed in the marketplace under Federal law against Tillman Industries, Inc. ("Tillman").
Yes ✓     No ___

3.    Bionix unfairly competed in the marketplace under Federal law against Joseph Szyperski ("Szyperski").
Yes ✓     No ___

4.    Bionix unfairly competed in the marketplace under Federal law against Patrick Eddy ("Eddy").
Yes ✓     No ___

5.    Bionix unfairly competed in the marketplace under Federal law against Ryan Heidenfeld ("Heidenfeld").
Yes ✓     No ___

6. Dr. Andrew Milligan ("Milligan") unfairly competed in the marketplace under Federal law against Veteran.
   Yes ✓    No ___

7. Milligan unfairly competed in the marketplace under Federal law against Tillman.
   Yes ✓    No ___

8. Milligan unfairly competed in the marketplace under Federal law against Szyperski.
   Yes ✓    No ___

9. Milligan unfairly competed in the marketplace under Federal law against Eddy.
   Yes ✓    No ___

10. Milligan unfairly competed in the marketplace under Federal law against Heidenfeld.
    Yes ✓    No ___


Unfair Competition - State law

11. Bionix unfairly competed in the marketplace under Michigan law against Veteran.
    Yes ✓    No ___

12. Bionix unfairly competed in the marketplace under Michigan law against Tillman.
    Yes ✓    No ___

13. Bionix unfairly competed in the marketplace under Michigan law against Szyperski.
    Yes ✓    No ___

14. Bionix unfairly competed in the marketplace under Michigan law against Eddy.
    Yes ✓    No ___

15. Bionix unfairly competed in the marketplace under Michigan law against Heidenfeld.
    Yes ✓    No ___

16. Milligan unfairly competed in the marketplace under Michigan law against Veteran.
    Yes ✓    No ___

17. Milligan unfairly competed in the marketplace under Michigan law against Tillman.
    Yes ✓    No ___

18. Milligan unfairly competed in the marketplace under Michigan law against Szyperski.
    Yes ✓    No ___

2

19. Milligan unfairly competed in the marketplace under Michigan law against Eddy.
Yes ✓      No ___

20. Milligan unfairly competed in the marketplace under Michigan law against Heidenfeld.
Yes ✓      No ___

#### Damages

If you found that Bionix unfairly competed in the marketplace, under either Federal or Michigan law, then determine the compensatory damages, if any, suffered by the plaintiffs:

| | |
|---|---|
| Veteran | $ 25,000 . |
| Tillman | $ 25,000 . |
| Szyperski | $ 16,500 . |
| Eddy | $ 16,500 . |
| Heidenfeld | $ 16,500 . |
| **Total** | $ 100,000 . |

If you found that Milligan unfairly competed in the marketplace, under either Federal or Michigan law, then determine the compensatory damages, if any, suffered by the plaintiffs:

| | |
|---|---|
| Veteran | $ 25,000 . |
| Tillman | $ 25,000 . |
| Szyperski | $ 16,500 . |
| Eddy | $ 16,500 . |
| Heidenfeld | $ 16,500 . |
| **Total** | $ 100,000 . |

3

## DEFENDANTS' COUNTERCLAIM AGAINST PLAINTIFFS

Misappropriation of a trade secret - State law

21. Veteran misappropriated a trade secret owned by Bionix.
    Yes ___    No ✓

22. Tillman misappropriated a trade secret owned by Bionix.
    Yes ___    No ✓

23. Szyperski misappropriated a trade secret owned by Bionix.
    Yes ___    No ✓

24. Eddy misappropriated a trade secret owned by Bionix.
    Yes ___    No ✓

25. Heidenfeld misappropriated a trade secret owned by Bionix.
    Yes ___    No ✓

### Damages

If you found that Veteran misappropriated a trade secret owned by Bionix, then determine the compensatory damages, if any, suffered by Bionix $ — 0 — .

If you found that Tillman misappropriated a trade secret owned by Bionix, then determine the compensatory damages, if any, suffered by Bionix $ — 0 — .

If you found that Szyperksi misappropriated a trade secret owned by Bionix, then determine the compensatory damages, if any, suffered by Bionix $ — 0 — .

If you found that Eddy misappropriated a trade secret owned by Bionix, then determine the compensatory damages suffered, if any, by Bionix $ — 0 — .

If you found that Heidenfeld misappropriated a trade secret owned by Bionix, then determine the compensatory damages suffered, if any, by Bionix $ — 0 — .

**Total**    $ — 0 — .

4

Dated: 4/18/08

Patricia A. Christie

Jury Foreperson