UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VETERAN MEDICAL PRODUCTS, INC., *et al.*,

    Plaintiffs,

v.

Case No. 1:05-cv-655
Hon. Hugh W. Brenneman, Jr.

BIONIX DEVELOPMENT CORPORATION,
 *et al.*,

    Defendants.
_____/

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**, that the plaintiffs recover of the defendant Bionix Development Corporation as follows:

1. The plaintiff Veteran Medical Products, Inc., the sum of $25,000.00, with interest thereon and costs of action as provided by law.

2. The plaintiff Tillman Industries, Inc., the sum of $25,000.00, with interest thereon and costs of action as provided by law.

3. The plaintiff Joseph Szyperski, the sum of $16,500.00, with interest thereon and costs of action as provided by law.

4. The plaintiff Patrick Eddy, the sum of $16,500.00, with interest thereon and costs of action as provided by law.

      5.      The plaintiff Ryan Heidenfeld, the sum of $16,500.00, with interest thereon and costs of action as provided by law.

**IT IS FURTHER ORDERED AND ADJUDGED**, that the plaintiffs recover of the defendant Dr. Andrew Milligan as follows:

      1.      The plaintiff Veteran Medical Products, Inc., the sum of $25,000.00, with interest thereon and costs of action as provided by law.

      2.      The plaintiff Tillman Industries, Inc., the sum of $25,000.00, with interest thereon and costs of action as provided by law.

      3.      The plaintiff Joseph Szyperski, the sum of $16,500.00, with interest thereon and costs of action as provided by law.

      4.      The plaintiff Patrick Eddy, the sum of $16,500.00, with interest thereon and costs of action as provided by law.

      5.      The plaintiff Ryan Heidenfeld, the sum of $16,500.00, with interest thereon and costs of action as provided by law.

**IT IS FURTHER ORDERED AND ADJUDGED**, that the defendant, Bionix Development Corporation, take nothing in its counterclaim against plaintiffs.

Dated: April 21, 2008                          /s/ Hugh W. Brenneman, Jr.
                                                        HUGH W. BRENNEMAN, JR.
                                                        United States Magistrate Judge