UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VETERAN MEDICAL PRODUCTS, INC., *et al.*,

    Plaintiffs,

v.

Case No. 1:05-cv-655
Hon. Hugh W. Brenneman, Jr.

BIONIX DEVELOPMENT CORPORATION,
*et al.*,

    Defendants.

_____/

## AMENDED JUDGMENT

In accordance with the Opinion and Order granting defendants' motion for judgment as a matter of law entered March 31, 2009 (docket nos. 136 and 137),

**IT IS ORDERED AND ADJUDGED**,

1. That plaintiffs Veteran Medical Products, Inc., Tillman Industries, Inc., Joseph Szyperski, Patrick Eddy and Ryan Heidenfeld take nothing in their Federal Unfair Competition claim against defendants.

2. That plaintiffs Tillman Industries, Inc., Joseph Szyperski, Patrick Eddy and Ryan Heidenfeld take nothing in their State Unfair Competition claim against defendants.

3. That plaintiff Veteran Medical Products, Inc.'s judgment in its State Unfair Competition claim against defendant Bionix Development Corporation is reduced from $25,000.00 to $0.00.

4. That plaintiff Veteran Medical Products, Inc.'s judgment in its State Unfair Competition claim against defendant Andrew J. Milligan is reduced from $25,000.00 to $0.00.

5. That Bionix Development Corporation take nothing in its counterclaim against plaintiffs.


Dated: March 31, 2009                              /s/ Hugh W. Brenneman, Jr.
                                                   HUGH W. BRENNEMAN, JR.
                                                   United States Magistrate Judge