UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VETERAN MEDICAL PRODUCTS, INC., *et al.*,

    Plaintiffs,

v.

BIONIX DEVELOPMENT CORPORATION, *et al.*,

    Defendants.
_____/

Case No. 1:05-cv-655
Hon. Hugh W. Brenneman, Jr.

## JUDGMENT

**IT IS ORDERED AND ADJUDGED IN THIS SECOND AMENDED JUDGMENT**:

1. That plaintiffs Veteran Medical Products, Inc., Tillman Industries, Inc., Joseph Szyperski, Patrick Eddy and Ryan Heidenfeld recover of defendants Bionix Development Corporation and Dr. Andrew Milligan the total sum of **$59, 308.00**.

2. That defendant Bionix Development Corporation take nothing in its counterclaim against plaintiffs.

Dated: March 16, 2010

/s/ Hugh W. Brenneman, Jr.
HUGH W. BRENNEMAN, JR.
United States Magistrate Judge