IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

VETERAN MEDICAL PRODUCTS, INC.,
a Michigan corporation, TILLMAN
INDUSTRIES, INC., a Michigan corporation,
and JOSEPH SZYPERSKI, PATRICK EDDY,
and RYAN HEIDENFELD, individually,

Plaintiffs,

v.

BIONIX DEVELOPMENT CORPORATION
and ANDREW J. MILLIGAN,

Defendants.

Civil No. 1:05-cv-0655

Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

**ORDER**

In accordance with the Satisfaction of Judgment by the Plaintiffs in this matter,

**IT IS SO ORDERED** that the Amended Judgment dated March 16, 2010, against Defendants Bionix Development Corporation and Andrew J. Milligan has been satisfied, released, and discharged.

Dated: May 5, 2010

/s/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
United States Magistrate Judge